**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS AHERN,<br><br>             Plaintiff,<br><br>    v.<br><br>ZAGG INC. and ZAGG INC.<br>EXECUTIVE SEVERANCE PLAN,<br><br>          Defendants. | Case No. 8:24-cv-02251-MWC-JDE<br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 63)** |

Upon review of the Joint Stipulation of Dismissal with Prejudice ("Stipulation"), Dkt. # 63, brought under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is **GRANTED**. The Stipulation is signed by all parties who have appeared in this action. Accordingly, the above-entitled matter and all claims herein are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 8, 2026

_____
Honorable Michelle Wiliams Court
United States District Judge